In the Matter of LEON A. CHIKOFSKY et al., Appellants, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York et al., Respondents.

Argued September 30, 1946; decided October 17, 1946.

*David A. Savage* and *John F. O'Shea* for appellants.

*John J. Bennett, Corporation Counsel* (*Seymour B. Quel* and *Helen R. Cassidy* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.